In the Interest of C.G.D., M.A.D. and D.E.D.

Forestal LAWTON, Juvenile Officer, Respondent,

v.

L.G.D., Appellant.

No. WD 39410.

Missouri Court of Appeals, Western District.

March 1, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 1988.

Application to Transfer Denied June 14, 1988.

Nancy L. Shelledy & David G. Newkirk of Morrison, Hecker, Curtis, Kuder & Parrish, Kansas City, for appellant.

Audrey J. Bimby, Kansas City, for respondent.

Molly Sammler as Guardian Ad Litem, Kansas City, for Juveniles.

Before LOWENSTEIN, P.J., and MANFORD and NUGENT, JJ.

## ORDER

PER CURIAM:

This is a direct and consolidated appeal from judgments terminating parental rights to three minor children. Said action originated pursuant to § 211.447.2(3), RSMo 1986.

Judgment affirmed. Rule 84.16(b).

Hassan HAMEED, a/k/a Edgar Carter, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 39483.

Missouri Court of Appeals, Western District.

March 1, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 1988.

Application to Transfer Denied June 14, 1988.

Sean D. O'Brien, Public Defender, Jo Ann Arnold, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Christopher M. Kehr, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and NUGENT, JJ.

## ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).